■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. SKVAREK, Appellant. [836 NYS2d 481]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered April 27, 2005. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Martoche, Centra, Fahey and Peradotto, JJ.